ACCEPTED
15-25-00078-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
10/3/2025 10:38 AM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00078-CV

IN THE FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
10/3/2025 10:38:09 AM
CHRISTOPHER A. PRINE
Clerk

Trident Homes, Inc. & Ryan Strickland
*Appellants*

v.

Ramesh Kainthla & Neetu Kainthla
*Appellees*

---

## APPELLEES' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEES' BRIEF

---

TO THE HONORABLE COURT OF APPEALS:

Appellees, Ramesh Kainthla and Neetu Kainthla, respectfully request that the time to file Appellees' reply brief be extended for thirty days, until November 5, 2025. This is Appellees' first request for an extension of time and is unopposed by Appellants. The circumstances supporting this request are as follows:

### I.
### BACKGROUND

Appellees' Brief is currently due on October 6, 2025. Appellees are requesting a thirty day extension until November 5, 2025 to file Appellees' Brief in this matter. Counsel for Appellees have conferred with Appellants' counsel, and Appellants are

1

agreed to this extension.

## II.
## GROUNDS FOR MOTION

Counsel for Appellees were in a jury trial the week of August 18, 2025 and then had another jury trial the week of September 15, 2025. Because of these consecutive trials and the time involved in preparing for them and trying them, Appellees' counsel has not had adequate time to fully go thru the voluminous records in this matter. Therefore, Appellees' are seeking a thirty day extension to file their brief. This is the first extension requested by Appellees to file their Appellees' Brief, and is agreed to by Appellants. This request is not made for the purpose of delay, but so that justice may be done.

WHEREFORE, Appellees, Ramesh Kainthla and Neetu Kainthla respectfully request the Court to issue an Order extending the deadline for Appellees to file their brief, until November 5, 2025, and for all such other relief to which Appellees may be entitled.

Respectfully submitted,

WATSON LAW FIRM, L.L.P.

By: _____
J. Davis Watson
State Bar No. 24004979
Sean W. Hester
State Bar No. 00784266
1450 Copperfield Parkway, Suite 300
College Station, Texas 77845
979.703.4044
979.703.7994 (Fax)
dwatson@watsonlawyers.com
shester@watsonlawyers.com

ATTORNEYS FOR APPELLEES
RAMESH AND NEETU KAINTHLA

## CERTIFICATE OF CONFERENCE

Appellees' counsel conferred with counsel for Appellants and they agree to this motion.

_____
J. Davis Watson

3

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing Unopposed Motion for Extension of Time to File Appellee's Brief was forwarded in accordance with TEX. R. APP. P. 9.5 to the parties listed below on October __3__, 2025.

Chad Flores
Flores Law PLLC

Via Efile: cf@chadflores.law

Matthew D. Sharpe
Sharpe Law, PC

Via Efile: matt.sharpe@lonestarlawoffice.com

Mark Hellinger
The Hellinger Law Firm

Via Efile: mhellinger@hellingerlawfirm.com

_____
J. Davis Watson

4

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Andrea Hester on behalf of J.Davis Watson
Bar No. 24004979
ahester@watsonlawyers.com
Envelope ID: 106413607
Filing Code Description: Motion
Filing Description: Motion
Status as of 10/3/2025 10:41 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Matthew D.Sharpe | | matt.sharpe@lonestarlawoffice.com | 10/3/2025 10:38:09 AM | SENT |
| J. Davis Watson | | dwatson@watsonlawyers.com | 10/3/2025 10:38:09 AM | SENT |
| Sean Hester | | shester@watsonlawyers.com | 10/3/2025 10:38:09 AM | SENT |
| Mark Hellinger | | mhellinger@hellingerlawfirm.com | 10/3/2025 10:38:09 AM | SENT |

Associated Case Party: Trident Homes, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Charles Flores | | cf@chadflores.law | 10/3/2025 10:38:09 AM | SENT |

Associated Case Party: RyanStrickland

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Charles Flores | | cf@chadflores.law | 10/3/2025 10:38:09 AM | SENT |